**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CR137** |
| **vs.** ) | |
| ) | **ORDER** |
| **ALVARO ARCINIEGA,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion [22] for the issuance of a subpoena directing Officer Michael Bossman to appear before the court on Monday, July 30, 2007 at 9:00 am to testify in the above captioned matter.

**IT IS ORDERED** that the motion [22] is granted. Defendant shall deliver the requested subpoena to the Clerk for issuance. If service by the U.S. Marshal is required, defendant shall comply with the requirements of NECrimR 17.1(a).

**DATED July 18, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**