## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CR137** |
| **vs.** ) | |
| ) | **SCHEDULING ORDER** |
| **ALVARO ARCINIEGA,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant has filed a renewed motion [26] for the issuance of a Subpoena Duces Tecum, together with a supporting affidavit [27] and brief [28]. Due to the July 30, 2007 hearing date on the underlying motion to suppress,

**IT IS ORDERED** that counsel for the United States is given until **12:00 noon on Friday, July 20, 2007**, to respond to defendant's motion for subpoena [26]. The matter will be deemed submitted at that time.

**DATED July 19, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**