IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  vs.   )<br>  )<br>ALVARO ARCINIEGA,   )<br>  )<br>  Defendant.   ) | 8:07CR137<br><br>SCHEDULING ORDER |

On the court's own motion,

**IT IS ORDERED** that the evidentiary hearing on defendant's "MOTION TO SUPPRESS EVIDENCE, MOTION TO SUPPRESS STATEMENTS" [12], which is now set for July 30, 2007 is cancelled. The hearing will be rescheduled upon the resolution of the defendant's "STATEMENT OF APPEAL OF MAGISTRATE JUDGE'S ORDER" [32].

**DATED July 27, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**